James S. Coon, OSB # 77145
SWANSON, THOMAS & COON
Thomas Mann Building
820 SW Second Ave.
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: jcoon@stc-law.com
    Of Attorney for Plaintiff

FILED'06 MAY 01 16:07USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**KATHLEEN MURRAY**,

    Plaintiff

v.

**JO ANNE B. BARNHART**,
Commissioner, Social Security Administration,

    Defendant

Civil No.04-1499-HA

**ORDER**

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1,291.25, costs in the amount of $ 159.30, and expenses in the amount of $ 60.42, for a total of $1,510.97 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this \_\_\_1\_\_\_ day of \_\_May\_\_, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
JAMES S. COON
Attorney for Plaintiff

ORDER